IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ERIC DEMOND LOZANO | § | |
| VS. | § | CIVIL ACTION NO.  1:23-CV-68 |
| BRYAN COLLIER, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff Eric Demond Lozano, a prisoner confined at the LeBlanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act (RLUIPA) against Bryan Collier, David Goldstein, Darlene TreJo, Douglas Sparkman, and Jamie L. Taylor.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court.  On February 24, 2026, the magistrate judge recommended partially granting Defendants' Motion to Dismiss.  To date, the parties have not filed objections to the Report and Recommendation.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge [Dkt. 69] is ADOPTED. Defendants' Motion to Dismiss [Dkt. 9] is GRANTED with respect to Plaintiff's request for a transfer to the Stringfellow Unit, claims for money damages against the defendants in their official capacities, claims for money damages under the RLUIPA, requests for compensatory damages for constitutional claims, and the constitutional claim of retaliation. In all other respects, the Motion is DENIED.

**SIGNED this 18th day of March, 2026.**

Michael J. Truncale
United States District Judge

2